IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOUTHWESTERN PUBLIC
SERVICE COMPANY,

        Plaintiff,

  vs.                                  CIVIL NO.  10-755 WJ/LFG

BURLINGTON NORTHERN
SANTA FE RAILWAY COMPANY
and SOUTHWESTERN RAILROAD
COMPANY, INC.,

        Defendants.

## ORDER CONTINUING STAY OF DISCOVERY

THIS MATTER is before the Court on the parties' Joint Motion for Extension of Stay of discovery by an additional 90 days [Doc. 79].

As one of the goals of the Civil Justice Reform Act, 28 U.S.C. § 471 *et seq.*, is to reduce the costs of litigation, the Court has been agreeable to staying discovery in this case.   The second goal under the Civil Justice Reform Act is to expedite the ultimate disposition of litigation.  Id.  Pursuant to the district's Civil Justice Expense and Delay Reduction Plan, the Court has an obligation to resolve this case within a specific amount of time.  A stay of discovery serves to reduce costs of litigation, but tends to impair the Court's ability to meet its obligations to expedite the final disposition of a case.

Nonetheless, the Court recognizes that good-faith efforts for a negotiated resolution can save litigation costs and preserve judicial resources; and, therefore, the Court is amenable to granting this 90-day stay.  However, if the parties fail to resolve the case within the period of this additional stay,

it is unlikely that further stays will be permitted . The parties are urged to diligently pursue their settlement discussions and bring this matter to a conclusion.

    SO ORDERED.

                                        *Lorenzo F. Garcia*
                                        Lorenzo F. Garcia
                                        United States Magistrate Judge